# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 145 MAL 2014
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
MARKALE ALSAMAD SOWELL, :
:
Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 146 MAL 2014
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
MARKALE ALSAMAD SOWELL, :
:
Petitioner :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Application for Bail and the Petition for Allowance of Appeal are **DENIED**.